# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD HARDIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | No. 1:20-cv-0001334-AWI-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1) AS TO DEFENDANTS<br><br>(Doc. No. 9) |

On March 3, 2021, the parties filed a joint Stipulation for Dismissal, stipulating to the dismissal of the entire action under Fed. R. Civ. P. 41(a)(1) with prejudice. (Doc. No. 9).

Accordingly, it is **ORDERED**:

Pursuant to the parties' joint Stipulation of Dismissal (Doc. No. 9) the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.


Dated:　May 21, 2021

　　　　　　　　　　　　　　　　　　　_/s/ Helena M. Barch-Kuchta_
　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1